UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISMAEL PEREZ, TONI PEREZ,

    Plaintiffs,

v.                                              Case No.  6:12-cv-1146-Orl-28TBS

INDYMAC FSB, LEHMAN BROTHERS
HOLDINGS, INC., STRUCTURED ASSET
SECURITIES CORPORATION, LEHMAN XS
TRUST SERIES 2007-12N, US BANK, N.A.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS ("MERS"), ONE
WEST BANK, FSB,  ALL PERSONS
CLAIMING BY, THROUGH OR UNDER
SUCH PERSON, ALL PERSONS
UNKNOWN, CLAIMING ANY LEGAL OR
EQUITABLE TITLE, ESTATE, LIEN OR
INTEREST IN THE PROPERTY
DESCRIBED IN THE COMPLAINT
ADVERSE TO PLAINI, DOES 1 TO 20,
INCLUSIVE,

    Defendants.

## ORDER

Pending before the Court is Defendants, US Bank, N.A., Mortgage Electronic Registration Systems ("MERS"), and OneWest Bank, FSB's, Motion to Conduct Case Management Meeting Via Telepphone and Incorporated Memorandum of Law (Doc. 20).

The motion is due to be DENIED because Defendants' attorneys have not complied with Local Rule 3.01(g).

Local Rule 1.05(d) requires counsel to sign all of their papers and include their addresses, telephone numbers and E-mail addresses.  Plaintiffs, who are

representing themselves, have not complied with Rule 1.05(d) because they have not provided a phone number or E-mail address (assuming they have one or both).  This fact does not excuse Defendants from complying with Rule 3.01(g).  The Rule requires that before filing most motions, the moving party must first confer with the opponent in a good faith effort to resolve the issue.  This may alleviate the need to file a motion.  The opponent also has an obligation to confer.  To confer means to talk in person or, if that is not feasible, by telephone.  E-mail communication does not satisfy a parties' obligation to confer.  Because Plaintiffs are representing themselves, they shall furnish their telephone numbers and E-mail addresses to the lawyers representing the Defendants within seven (7) days from the rendition of this Order.  Plaintiffs shall also include this information on all of their future filings in this case.  If Plaintiffs contact information changes, it is their obligation to immediately update the Court and opposing counsel in writing.  Hereafter, the Court expects both Plaintiffs and Defendants to comply with Local Rule 3.01(g).

      The ground for Defendants' motion is that their lawyers will have to travel a long way if they are required to meet and confer with Plaintiffs in person.  The Defendants selected their attorneys.  The fact that they chose lawyers in Atlanta, Georgia and Miami, Florida is not good cause to excuse them from appearing personally in the Middle District of Florida pursuant to Local Rule 3.05.

      IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiffs, pro se
    All Counsel